# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

––––––––––––––––––––––––––––

Case No. 6D2024-1624
Lower Tribunal No. 2022-CF-001187

––––––––––––––––––––––––––––

AKMAR PAUL WASHINGTON, SR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

––––––––––––––––––––––––––––

Appeal from the Circuit Court for Charlotte County.
Shannon H. McFee, Judge.

January 27, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Jean M. Henne, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED